IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARYIE EARL JONES,** | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. 1:20-cv-0290-TFM-MU |
| **JUEY HOSS MACK,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On October 1, 2020, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice for failure to exhaust his state remedies. *See* Doc. 29.  No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation is **ADOPTED** as the opinion of this Court.  This petition is **DISMISSED without prejudice** for failure to exhaust.

**DONE** and **ORDERED** this 3rd day of November, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE